Gary M. Ittig (SB #83394)
Michael D. McConathy (SB #202982)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendants,
Madison One Acme, Inc. dba Solstice Medicine Company et al

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOE HIN PAK FAH YEOW MANUFACTORY, LTD., A HONG KONG LIMITED COMPANY,<br><br>Plaintiff and Counter Respondent,<br><br>vs.<br><br>WINA TRAN, AKA WINA SO, DBA SOLSTICE MEDICINE COMPANY, SO'S (USA) COMPANY, MADISON ONE ACME COMPANY, INC., PHILIP SO, AKA HOA-THICH MINH, KONG FUNG YEE, DBA TIAN SHAN GINSENG AND TEA, AND DOES 1-50<br><br>Defendant and Counter-Claimants.<br><br>AND RELATED CROSS-ACTONS | Case No.: 03-CV-05032-JW<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF DISCOVERY AND MOTION DEADLINES PURSUANT TO CIVIL LOCAL RULE 6-1(b)**<br><br>Case Filed: 11/12/03<br>Trial Date: 10/18/05 |

On April 15, 2005, the Court ordered certain discovery and discovery motion deadlines extended in this matter pursuant Civil Local Rule 6-1(b). Since that time, the parties have been actively involved in efforts to informally and fully resolve this action. Due to these ongoing settlement negotiations, Plaintiff HOE HIN PAK FAH YEOW MANUFACTORY, LTD; and Defendants WINA TRAN, aka WINA SO; MADISON ONE ACME COMPANY, INC. dba SOLSTICE MEDICINE COMPANY; SO'S (USA) COMPANY; PHILIP SO, aka HOA-THICH MINH; and KONG FUNG YEE, dba TIAN SHAN GINSENG & TEA, hereby stipulate to

1

**Stipulation and Order for Further Extension of Discovery and Motion Deadlines (per Local Rule 6-1(B))**

further extend the time of the following discovery and substantive motion deadlines, and request approval from the court for these extensions as follows:

Close of Discovery

1. The Court's prior Order of April 15, 2005 required that Supplemental Reports of Experts be served by all parties on or before May 24, 2005. However, the deadline to serve Supplemental Reports of Experts is hereby ordered extended, and pursuant to Fed. Rule Civ. Proc. 26(a)(2)(B) any and all Supplemental Reports shall now be served on or before June 14, 2005.

Rule 26(e)(1) Disclosures

2. The prior discovery deadline to supplement and/or correct all previously-made disclosures pursuant to Fed. Rule Civ. Proc. 26(e)(1), per the April 15, 2005 Order of Judge James Ware, is hereby further extended until June 14, 2005. All supplemental and/or corrected disclosures under this Rule will now be due on or before this new date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

MORRISON & FOERSTER, LLP

DATED: _____          ____/S/_____
                         Gregory P. Dresser, Esq.
                         Co-Counsel for Plaintiff,
                         HOE HIN PAK FAH YEOW MANUFACTORY, LTD


LAW OFFICES OF EDWARD C.Y. LAU

DATED: _____          ____/S/_____
                         Edward C.Y. Lau, Esq.
                         Co-Counsel for Plaintiff,

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

2

**Stipulation and Order for Further Extension of Discovery and Motion Deadlines (per Local Rule 6-1(B))**

HOE HIN PAK FAH YEOW MANUFACTORY, LTD.

LYNCH GILARDI & GRUMMER

DATED: _____       ___/S/_____
                      Gary M. Ittig, Esq.
                      Co-Counsel for Defendants,
                      SOLSTICE MEDICINE COMPANY et al

FULDWIDER PATTON LEE & UTECHT

DATED: _____       ___/S/_____
                      I. Morley Drucker, Esq.
                      Co-Counsel for Defendants,
                      SOLSTICE MEDICINE COMPANY et al

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/2/05          _/s/ James Ware_____
                      Hon. Judge James Ware,
                      U.S. District Court Judge

F:\ADM121\P\STIP and Order re Discovery.002.doc

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

3

**Stipulation and Order for Further Extension of Discovery and Motion Deadlines (per Local Rule 6-1(B))**